| | |
|---|---|
| 1 | NICOLA T. HANNA |
| | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| | Senior Litigation Counsel, Civil Division |
| 6 | TOVA D. WOLKING, CSBN 259782 |
| 7 | Special Assistant United States Attorney |
| |    160 Spear Street, Suite 800 |
| 8 |    San Francisco, California 94105 |
| 9 |    Telephone: (415) 977-8980 |
| |    Facsimile: (415) 744-0134 |
| 10 |    E-Mail: Tova.Wolking@ssa.gov |
| 11 | Attorneys for Defendant |

JS-6

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

RUTH I. VALDEZ,
    Plaintiff,
vs.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.

Case No. 2:18-cv-06548-ADS

JUDGMENT OF REMAND

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 07, 2019

               /s/ Autumn D. Spaeth
          HONORABLE AUTUMN D. SPAETH
          UNITED STATES MAGISTRATE JUDGE